Same case below, 57 So. 3d 1012.

**No. 11-5210. Daniel Rogers, Petitioner v. Massachusetts.**

565 U.S. 1080, 132 S. Ct. 813, 181 L. Ed. 2d 528, 2011 U.S. LEXIS 8707.

December 5, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 459 Mass. 249, 945 N.E.2d 295.

**No. 11-5315. Mark Hines, Petitioner v. Tennessee.**

565 U.S. 1080, 132 S. Ct. 813, 181 L. Ed. 2d 528, 2011 U.S. LEXIS 8679,

December 5, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Middle Division, denied.

**No. 11-5384. Eric C. Jacobson and Eric Johnson, Petitioners v. Arnold Schwarzenegger, et al.**

565 U.S. 1080, 132 S. Ct. 814, 181 L. Ed. 2d 528, 2011 U.S. LEXIS 8735,

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5482. David Lee Cropper, Petitioner v. Colorado.**

565 U.S. 1080, 132 S. Ct. 837, 181 L. Ed. 2d 528, 2011 U.S. LEXIS 8670.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of Colorado denied.

Same case below, 251 P.3d 434.

**No. 11-5628. Rosendo Rodriguez, Petitioner v. Texas.**

565 U.S. 1080, 132 S. Ct. 814, 181 L. Ed. 2d 528, 2011 U.S. LEXIS 8827.

December 5, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11-5862. Demarko Kemp, Petitioner v. United States.**

565 U.S. 1080, 132 S. Ct. 814, 181 L. Ed. 2d 528, 2011 U.S. LEXIS 8720.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-5946. Herschel Blackmon, Petitioner v. Florida.**

565 U.S. 1080, 132 S. Ct. 814, 181 L. Ed. 2d 528, 2011 U.S. LEXIS 8807.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 63 So. 3d 748.